1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOEL GALLEGOS,                        ) NO. CV 11-00677-MMM (MAN)
                                           )
12                   Petitioner,           )
                                           )
13       v.                                ) ORDER ACCEPTING FINDINGS AND
                                           )
14   ANTHONY HEDGPETH,                     ) RECOMMENDATIONS OF UNITED STATES
                                           )
15                   Respondent.           ) MAGISTRATE JUDGE
     _____)
16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus ("Petition"), all of the records herein, and

20   the Report and Recommendation of United States Magistrate Judge

21   ("Report").  The time for filing Objections to the Report has passed,

22   and no Objections have been filed.  The Court accepts the findings and

23   recommendations set forth in the Report.

24

25       IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

26   shall be entered dismissing this action with prejudice.

27

28

1          IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2    the Judgment herein on the parties.

3

4          LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED:   _March 8, 2012_.

7

8                                        _____

9                                        MARGARET M. MORROW
                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28