**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL GALLEGOS, | ) NO. CV 11-00677-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ANTHONY HEDGPETH, | ) |
| Respondent. | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 8, 2012.

                                              *Margaret M. Morrow*
                                              MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE